| DIST. | OFF. | DOCKET YR. NUMBER | FILING DATE MO. DAY YR. | J | P/S | O | D PTF DEF | R 23 | $ DEMAND Nearest $1,000 | JUDGE/ MAG. NO. | COUNTY | JURY DEM. | DOCKET YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0090 | 1 | 84-1314 | 04/26/84 | 2 | 390 | 1 | | | | J 9055 M | 11001 | N | 84-1316 |

TITLE: WINSLOW V FEDERAL ENERGY REG.COMM., ETC

CAUSE: 28:1330: AGE DISCRIMINAT./FED.EMPLOYMENT

**PENN, J.**

\# 1 PLA
JOHN F. WINSLOW

DAVID H. SHAPIRO
KATOR, SCOTT & HELLER
SUITE 900
1029 VERMONT AVENUE, N.W.
WASHINGTON         DC 20005
(202) 393-3800

**H**

\# 2 DFT
FEDERAL ENERGY REGULATORY COMMISSION

\# 3 DFT
DEPARTMENT OF ENERGY

William J. O'Malley, Jr.
U.S. Courthouse- Room 2804-C
3rd & Constitution Ave., N.W
633-1159
Atty. for deft.

~~William Dempster~~
AUSA  Room 4112
514-7170

Fred Haynes
Rm 4818
(202) 514-7204

DISCOVERY CLOSES _____

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | | | | JS-5 | |
| | | | | JS-6 | |

UNITED STATES DISTRICT COURT DOCKET

DC-111 (Rev. 7/82)

| DATE 1984 | NR. | PROCEEDINGS |
|---|---|---|
| Apr 26 | 1 | COMPLAINT; Appearance. (io) |
| Apr 26 |  | SUMMONS (4) issued. (io) |
| May 10 |  | SUMMONS (1) issued. (nb) |
| June 26 | 2 | ANSWER to complaint by defts. (mf) |
| June 26 |  | CALENDARED. CD/N (mf) |
| July 17 |  | STATUS CALL; discovery to be completed by 12-14-84; further status call set 11-19-84 at 9:30 a.m. (Rep: Paula Estes for J. McGinn) PENN, J. (io) |
| July 19 | 3 | ORDER directing all discovery be completed by 12-14-84; setting further status call on 11-19-84 at 9:30 a.m. (N) PENN, J. (io) |
| July 30 | 4 | INTERROGATORIES (first set) of pltf to defts. (io) |
| July 30 | 5 | REQUESTS (first) of pltf to deft for production of documents. (io) |
| Aug 28 | 6 | STIPULATION extending time to 9-10-84 for defts to respond to interrogatories and requests for documents, approved. (N) PENN, J. (io) |
| Sept 11 | 7 | RESPONSE by deft. to pltf's first set of interrogatories. (mj) |
| Oct 3 | 8 | OBJECTIONS of deft to pltf's first request for the production of documents. (io) |
| Oct 3 | 9 | OBJECTIONS of deft to pltf's first set of interrogatories. (io) |
| Oct 3 | 10 | SUPPLEMENTAL RESPONSE of deft to pltf's first set of interrogatories. |
| Oct 16 | 11 | RESPONSE of deft to pltf's first request for production of documents. (io) |
| Oct 24 | 12 | FIRST INTERROGATORIES of deft to pltf. (io) |
| Oct 31 | 13 | FIRST REQUEST of deft to pltf for production of documents. (io) |
| Nov 7 | 14 | REQUEST (First) by deft. for production of documents. (mj) |
| Nov 15 | 15 | SECOND REQUEST of deft to pltf for production of documents. (io) |
| Nov 19 |  | STATUS CALL: completion of discovery extended to 1-31-85; further status call set 1-28-85 at 9:30 a.m. (Rep: J. McGinn) PENN, J. (io) |
| Nov 21 | 16 | NOTICE by deft. to take the deposition of John F. Winslow on 12/13/84. (mj) |
| 1985 |  |  |
| Jan 17 | 17 | NOTICE by deft. to take the deposition of John F. Winslow on 1/25/85. (aw) |
| Jan 17 | 18 | RESPONSE by pltf to deft's first set of interrogatories. (aw) |
| Jan 17 | 19 | REPLY by pltf's to defts first request for production of documents; exhibits (aw) |

(SEE NEXT PAGE)



DC 111A
(Rev 1 75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| JOHN F. WINSLOW | RAYMOND J. O'CONNOR, CHAIRMAN FEDERAL ENERGY REGULATORY COMM. | DOCKET NO 84-1316 PAGE 2 OF _ PAGES |

| DATE | NR | PROCEEDINGS |
|---|---|---|
| **1985** | | |
| Jan 17 | 20 | NOTICE by pltf. to take the deposition of Bernard Wexler, 1/25/84, Roland Frye, 1/25/85, Swight Alpern, 1/28/85, Richard Howe, 1/28/85, Jacob Silverman, 1/28/85, Maynard Ugol, 1/28/85, Richard Mattingly, 1/28/85 Gary Denkinger, 1/28/85, Cheryl Lloyd-Bey, 1/29/85, Jerry Ramsey 1/29/85 Besine Squirewell, 1/29/85, Thomas Rosemond, 1/29/85, Gary Nordan 1/29/85, Ron Carroll, 1/29/85, Cynthia Marlette, 1/29/85, Theresa Burns 1/31/85, Jeffrey Braunstein, 1/31/85, William Blome, 1/31/85, Robert Kock, 1/31/85, S.L. Higgenbottom, 1/31/85, Vicotr Blakeway, 1/31/85 Robert Herman, 1/31/85.                                          (Aw) |
| Jan 23 | 21 | STIPULATION AND ORDER restricting use of certain-numbered documents by counsel for parties.  (N)                              PENN, J.              (mj) |
| Jan 24 | | ORAL JOINT MOTION for continuance of discovery completion cut-off to 3/22/85, granted; further status call set 3/4/85 at 9:30 a.m.   (Rep: J. McGinn)                                                  PENN, J.              (mj) |
| Jan 28 | 22 | NOTICE by deft. to take deposition of John F. Winslow.                 (ew) |
| Jan 29 | 23 | ORDER directing all discovery be completed by 3/22/85-setting status call for 3/4/85 at 9:30 a.m.              PENN, J.              (mj) |
| Mar 04 | | STATUS CALL:  pretrial conference set 6-17-85 at 11:00 a.m.; trial set 7-30-85 at 10:00 a.m. (Court to issue order).  (Rep: J. McGinn)                             PENN, J.                  (dc) |
| Mar. 15 | 24 | ORDER filed 3-13-85 scheduling pretrial conference on 6-17-85 at 11:00 AM trial on 7-30-85 at 10:00 AM directing parties to file pretrial statements by 6-7-85. (N)                                          PENN, J.    (kc) |
| May 8 | 25 | DEPOSITION of Jerry Ramsy taken on 3-5-85 on behalf of pltf.    (ks) |
| May 8 | 26 | DEPOSITION of Bernard Wexler taken on 1-28-85 on behalf of pltf.(ks) |
| May 8 | 27 | DEPOSITION of Bernard Wexler (continuation) taken on 4-5-85 on behalf of picf.                                                    (ks) |
| May 8 | 28 | DEPOSITION of Samuel Higginbottom taken on 3-6-85 on behalf of pltf.                                                     (ks) |
| May 8 | 29 | DEPOSITION of Maynard Ugol taken on 3-7-85 on behalf of pltf.   (ks) |
| May 8 | 30 | DEPOSITION of William Blome taken on 3-6-85 on behalf of pltf. (ks) |
| May 8 | 31 | DEPOSITION of Theresa Burns taken on 3-6-85 on behalf of pltf. (ks) |
| May 8 | 32 | DEPOSITION of Robert Koch taken on 3-7-85 on behalf of pltf.    (ks) |
| May 8 | 33 | DEPOSITION of Richard O Howe, Jr. taken on 3-11-85 on behalf of pltf.                                                     (ks) |

| PLAINTIFF | DEFENDANT | DOCKET NO 84-1316 |
|---|---|---|
| John F. Winslow | Raymond J. O'Connor, Chairman Federal Energy Regulatory Comm. | PAGE 3 OF ___ PAGES |

| DATE | NR | PROCEEDINGS | |
|---|---|---|---|
| 1985 May 8 | 34 | DEPOSITION of Jacob Silverman taken on 4-3-85 on behalf of pltf. | (ks) |
| May 8 | 35 | DEPOSITION of Richard Mattingly taken on 4-3-85 on behalf of pltf. | (ks) |
| May 8 | 36 | DEPOSITION of Roland M. Frye, Jr. taken on 3-13-85 on behalf of pltf. | (ks) |
| May 8 | 37 | DEPOSITION of Cynthia Marlette taken on 3-6-85 on behalf of pltf. | (ks) |
| May 8 | 38 | DEPOSITION of William Thomas Rosemond, Jr. taken on 3-5-85 on behalf of pltf. | (ks) |
| May 8 | 39 | DEPOSITION of William Turanin taken on 2-20-85 on behalf of pltf | (ks) |
| May 8 | 40 | DEPOSITION of Robert Herman taken on 3-7-85 on behalf of pltf. | (ks) |
| May 8 | 41 | DEPOSITION of Jeffrey Braunstein taken on 3-6-85 on behalf of pltf. | (ks) |
| May 8 | 42 | DEPOSITION of Ronald N. Carroll taken on 3-13-85 on behalf of pltf. | (ks) |
| May 8 | 43 | DEPOSITION of Hollis Monroe Ray taken on 3-7-85 on behalf of pltf. | (ks) |
| May 8 | 44 | DEPOSITION of Cheryl Lloyd-Bey taken on 3-5-85 on behalf of pltf. | (ks) |
| May 8 | 45 | DEPOSITION of Dwight Alpern taken on 3-.1-85 on behalf of pltf. | (ks) |
| May 8 | 46 | DEPOSITION of Marc Gary Denkinger taken on 4-3-85 on behalf of pltf. | (ks) |
| May 8 | 47 | DEPOSITION of Bessine Squirewell taken on 3-5-85 on behalf of pltf. | (ks) |
| May 8 | 48 | DEPOSITION of Victor Blakeway taken on 3-6-85 on behalf of pltf. | (ks) |
| June 4 | 49 | MOTION by deft. to continue the pretrial hearing and for an enlargement of time to file pretrial briefs. | (kc) |
| June 21 | 50 | WITHDRAWAL of appearance of John W. Polk and enter appearance of William J. O'malley as counsel for deft. | (kc) |
| July 9 | 51 | DEPOSITION of Maynard Ugol taken 5-16-85 on behalf of pltf. | (kc) |
| July 9 | 52 | DEPOSITION of Maynard Ugol cont. taken 5-16-85 on behalf of pltf. | (kc) |

(SEE NEXT PAGE)

# CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 84-1316 |
|---|---|---|
| JOHN F. WINSLOW | RAYMOND J. O'CONNOR | PAGE 4 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1985 | | |
| July 9 | 53 | DEPOSITION of Gary Nordan taken 3-6-85 on behalf of pltf; attachments. (kc) |
| Oct 11 | 54 | PRETRIAL statement by deft. (hls) |
| Oct 11 | 55 | JOINT MOTION for enlargement of time submit pretrial statements. (hls) |
| Oct 17 | 56 | ORDER granting joint motion to file pretrial statements 10/15/85 and stipulations by 10/16/85. (N)     PENN, J.     (hls) |
| Oct 17 | | PRETRIAL conference; parties to file findings of fact and conclusions of law by 10/24/85. (rep: H. Deutsch)     PENN, J.     (hls) |
| Oct 18 | 57 | PLAINTIFF's pretrial statement and trial brief. (hls) |
| Oct 22 | 58 | PRETRIAL ORDER filed 10-21-85. (N)     PENN, J.     (df) |
| Oct 24 | 59 | SUPPLEMENT to pltf's pretrial statement. (hls) |
| Oct 24 | 60 | PROPOSED FINDINGS OF FACT and conclusions of law by deft. (hls) |
| 1986 Mar 5 | 61 | DEPOSITION of John F. Winslow taken 2/20/85. (hls) |
| Mar 5 | 62 | DEPOSITION of John F. Winslow taken 2/21/86. (hls) |
| Apr 28 | | STATUS CALL. Second Pretrial conference set 8-5-86 at 9:30 A.M. and trial 9-4-86 at 10:00 A.M.     PENN, J.     (fs) |
| Aug 5 | | PRETRIAL CONFERENCE. (Rep. Harry Deutsch) PENN, J.     (je) |
| Aug 23 | 63 | STIPULATIONS as to certain facts. APPROVED AND SO ORDERED. (N) PENN, J.     (je) |
| Aug 28 | 64 | STIPULATIONS by all parties. (FIAT) PENN, J.     (je) |
| Sept 5 | | TRIAL by Court begun 9/5/86; respited to 9/8/86 at 1:00 p.m. (Rep. Jackie Woods) PENN, J.     (je) |
| Sept 8 | | TRIAL by Court resumed; respited to 9/9/86 at 11:00 a.m. (Rep. H. Deutsch) PENN, J.     (je) |
| Sept 9 | | TRIAL by Court resumed; respited to 9/10/86 at 9:30 a.m. (Rep. H. Deutsch) PENN, J.     (je) |
| Sept 10 | | TRIAL by Court resumed; respited to 9/11/86 at 10:00 a.m. (Rep. H. Deutsch) PENN, J.     (je) |
| Sept 11 | | TRIAL by Court resumed; respited to 9/12/86 at 10:00 a.m. (Rep. H. Deutsch) PENN, J.     (je) |

-- SEE NEXT PAGE --

| PLAINTIFF | DEFENDANT | DOCKET NO. 84-1316 |
|---|---|---|
| JOHN F. WINSLOW | RAYMOND J. O'CONNER | PAGE 5 OF ___ PAGES |

| DATE | NR | PROCEEDINGS |
|---|---|---|
| **1986** Sept 16 | | TRIAL BY COURT resumed 9/12/86; respited 9/15/86 at 1:30 p.m. (Rep. H. Deutsch)        PENN, J.            (je) |
| Sept 16 | | TRIAL BY COURT resumed 9/15/86; respited until 9/16/86 at 10:00 a.m. (Rep. H. Deutsch)        PENN, J.            (je) |
| Sept 16 | | TRIAL BY COURT resumes; respited to 9/17/86 at 10:00 a.m. (Rep. H. Deutsch)        PENN, J.            (je) |
| Sept 18 | | TRIAL BY COURT resumes; respited to 9/19/86 at 10:00 a.m. (Rep H. Deutsch)        PENN, J.            (je) |
| Sept 19 | | TRIAL BY COURT resumes; respited to 9/22/86 at 11:00 a.m. (Rep. H. Deutsch)        PENN,J.            (je) |
| Sept 22 | | TRIAL BY COURT resumed; respited to 9/23/86 at 10:00 a.m. (Rep. H. Deutsch)        PENN, J.            (je) |
| Sept 23 | | TRIAL BY COURT resumed; respited 9/17/86 to 9/18/86 at 10:00 a.m. (Rep. H. Deutsch)        PENN, J.            (je) |
| Sept 23 | | TRIAL BY COURT resumed; respited to 9/24/86 at 11:00 a.m. (Rep. H. Deutsch)        PENN,J.            (je) |
| Sept 24 | | TRIAL BY COURT resumed; concluded and taken under advisement; parties to file post trial briefs by 1/12/87; hearing set on 1/19/87. (Rep. Harry Deutsch)        PENN, J.            (je) |
| Oct 28 | 65 | TRANSCRIPT OF PROCEEDINGS filed 10/27/86 on 9/5/86; pp. 1-189; (Rep. J. Wood). (je) |
| **1987** Feb 4 | 66 | NOTICE by pltf of filing of findings of fact and conclusions of law; attachment.(je) |
| Feb 5 | 67 | CLOSING BRIEF filed 2/4/87 by deft.            (je) |
| Feb 10 | 68 | MOTION filed 2/9/87 by deft to correct closing brief.            (je) |
| Feb 10 | 69 | ERRATUM by pltf of corrections to Findings of Fact and Conclusions of Law. (je) |
| Feb 12 | | TRIAL BY COURT resumed 2/11/87; (closing arguments) concluded and taken under advisement.  (Rep. H. Deutsch)        PENN, J.            (je) |
| Feb 27 | 70 | ORDER entering judgment for pltf against deft; enjoining deft from certain action; directing deft to take certain action; directing deft to reimburse pltf for back pay and other benefits retroactive to 2/29/84; directing deft to pay costs and attorneys fees.  (N)        PENN, J.            (je) |
| Mar 10 | 71 | MOTION filed 3/9/87 by deft for enlargement of time to seek reconsideration. (je) |

SEE NEXT PAGE

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| JOHN F. WINSLOW | RAYMOND J. O'CONNOR | DOCKET NO. 84-1316 |
| | | PAGE 6 OF ___ PAGES |

| DATE | NR | PROCEEDINGS |
|---|---|---|
| 1987 | | |
| Mar 12 | 72 | ORDER filed 3/11/87 granting motion of deft for an enlargement of time of 10 days from filing of memorandum by Court to file motion for reconsideration. (N) PENN, J. (je) |
| Mar 27 | 73 | ORDER filed 3/25/87 enlarging time to comply with judgment of 2/27/87 until 60 days from the date the court files its memorandum opinion. (N) PENN, J. (je) |
| Apr 7 | 74 | TRANSCRIPT OF PROCEEDINGS of 9/8/86; pp. 190-326; rep. H. Deutsch. (je) |
| Apr 7 | 75 | TRANSCRIPT OF PROCEEDINGS of 9/9/87; pp. 327-476; rep. H. Deutsch. (je) |
| Apr 7 | 76 | TRANSCRIPT OF PROCEEDINGS of 9/10/87; pp. 477-678; rep. H. Deutsch. (je) |
| Apr 7 | 77 | TRANSCRIPT OF PROCEEDINGS of 9/11/87; pp. 679-865; rep. H. Deutsch. (je) |
| Apr 7 | 78 | TRANSCRIPT OF PROCEEDINGS of 9/12/87; pp. 866-1009; rep. H. Deutsch. (je) |
| Apr 7 | 79 | TRANSCRIPT OF PROCEEDINGS of 9/15/87; pp. 1010-1127; rep. H. Deutsch. (je) |
| Apr 7 | 80 | TRANSCRIPT OF PROCEEDINGS of 9/16/87; pp. 1128-1283; rep. H. Deutsch. (je) |
| Apr 7 | 81 | TRANSCRIPT OF PROCEEDINGS of 9/17/87; pp. 1284-1470; rep. H. Deutsch. (je) |
| Apr 7 | 82 | TRANSCRIPT OF PROCEEDINGS of 9/18/87; pp. 1471-1629; rep. H. Deutsch. (je) |
| Apr 7 | 83 | TRANSCRIPT OF PROCEEDINGS of 9/19/87; pp. 1630-1791; rep. H. Deutsch. (je) |
| Apr 7 | 84 | TRANSCRIPT OF PROCEEDINGS of 9/22/87; pp. 1792-1924; rep. H. Deutsch. (je) |
| Apr 7 | 85 | TRANSCRIPT OF PROCEEDINGS of 9/23/87; pp. 1925-2071; rep. H. Deutsch. (je) |
| Apr 7 | 86 | TRANSCRIPT OF PROCEEDINGS of 9/24/87; pp. 2072-2207; rep. H. Deutsch. (je) |
| Apr 23 | 87 | NOTICE OF APPEAL by deft from Order entered 2/27/87. No fee paid, U.S. Government. Copy mailed to David H. Shapiro. (je) |
| Apr 24 | | PRELIMINARY RECORD transmitted to USCA: USCA # 87-5183 (je) |
| May 11 | 88 | OPINION filed 5-8-87. (N)  USCA/N   JOHN G. PENN, J. (la) |
| July 7 | 89 | NOTICE OF APPEAL by deft from Opinion entered 5/11/87. No fee paid, US Government Copy mailed to David H. Shapiro. (hls) |
| July 8 | | PRELIMINARY RECORD transmitted to USCA. USCA# 87-5275 (hls) |
| Dec.08 | 90 | CERTIFIED copy of Order from USCA dated 12-3-87 Granting appellant's motion to dismiss appeals. (USCA#87-5183 & 87-5275) (la) |

SEE NEXT PAGE

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| JOHN F. WINSLOW | RAYMOND J. O'CONNER | DOCKET NO **84-1316**<br>PAGE **7** OF ____ PAGES |

| DATE | NR | PROCEEDINGS | |
|---|---|---|---|
| **1988** | | | |
| May 18 | 91 | STIPULATION filed 5/17/88 of relief for pltf.   PENN, J. | (je) |
| May 18 | 92 | ORDER filed 5/17/88 directing deft to provide pltf with certain promotions, correction of all agency records, payment of backpay with certain deductions, payment of certain health expenses, crediting and restoration of certain sick and annual leave, payment of $6,399.17 for costs and expenses, payment of $133,684.50 for attorney fees; permanently enjoining deft from certain action against pltf. (N)    PENN, J. | (je) |
| **1991** | | | |
| Jan 16 | 93 | MOTION by pltf. to enforce judgment. | (cp) |
| Jan 29 | 94 | APPEARANCE by William J. Dempster on behalf of deft. | (cp) |
| Jan 29 | 95 | MOTION by defts. for stay of proceedings and respose to pltff's motion to enforce judgment. | (cp) |
| Feb 25 | 96 | ORDER granting motion of deft. for a stay; holding in abeyance motion of pltf. to enforce judgment; permitting parties to move for a ruling on motion within 60 days after ruling by USCA in Brown vs. Sec. Army 89-5371. (N)    PENN, J. | (cp) |
| Apr 12 | 97 | MOTION by defts. for enlargment of time until 4/19/91 to file a motion requesting that the Court rule on pltf.'s motion to enforce judgment. | (cp) |
| Apr 12 | 98 | APPEARANCE of Fred E. Haynes on behalf of deft. and withdrawal of William Dempster on behalf of the deft. | (cp) |
| Apr 17 | 99 | ORDER granting motion of deft. for an extension of time to 4/19/91 to file a motion for ruling pursuant to order 2/25/91. (N)   PENN, J. | (cp) |
| Apr 19 | 100 | MEMORANDUM by defts. in opposition to pltf's. motion to enforce judgment; exhibits (3). | (cp) |
| May 3 | 101 | REPLY by pltf to defts.'s opposition to pltff's motion to enforce judgment. | (cp) |