# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN F. WINSLOW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 84-1316 (JMF) |
| | ) | |
| FEDERAL ENERGY REGULATORY COMMISSION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's Motion to Enforce Judgment is **DENIED**.

**SO ORDERED.**

/s/
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: June 25, 2008.